**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Kmart Holding Corporation v. Coqui Net — CASE NO.: 20−06127−bht

Social Security/Taxpayer ID/Employer ID/Other Nos.: — CHAPTER: 0

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Benjamin H Torrance on November 9, 2026 for administration. Please style all future captions with the appropriate judicial suffix (bht ).

Dated: November 9, 2026

Vito Genna
Clerk of the Court