# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−7 | User: admin | Date Created: 11/9/2026 |
| Case: 20−06127−bht | Form ID: 144 | Total: 12 |

**Recipients of Notice of Electronic Filing:**

aty Steven J. Reisman sreisman@katten.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla Kmart Holding Corporation 3333 Beverly Road Hoffman Estates, IL 60179
dft Coqui Net PO Box 70366 San Juan, PR 00936
smg United States Attorney's Office Southern District of New York Attention: Tax & Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007
smg Westchester County Sheriff's Dept. Room L 217 110 Dr. Martin Luther King Blvd. White Plains, NY 10601−2519
smg N.Y. State Dept. Of Taxation And Finance Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205−0300
smg New York City Department of Finance Office of Legal Affairs 375 Pearl Street, 30th Floor New York, NY 10038
smg Parking Violations Bureau 210 Joralemon Avenue Brooklyn, NY 11201
smg N.Y. State Unemployment Insurance Fund P.O. Box 551 Albany, NY 12201−0551
smg New York State Tax Commission Bankruptcy/Special Procedures Section P.O. Box 5300 Albany, NY 12205−0300
smg United States Attorney's Office Southern District of New York Attention: Tax & Bankruptcy Unit 86 Chambers Street, Third Floor New York, NY 10007
ust United States Trustee Office of the United States Trustee − NY Alexander Hamilton Custom House One Bowling Green, Room 534 New York, NY 10004−1408

TOTAL: 11